JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine D. Bowen .,<br><br>        Plaintiff,<br><br>  -v-<br><br>Southwood Pharmaceuticals, etc., et al.<br><br>        Defendants. | Case No. SA CV 11-00897-DOC(RNBx)<br><br>ORDER DISMISSING CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

DATED: December 28, 2011

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge